**ROBERT BOSCH LLC,**
**Plaintiff–Appellant,**

v.

**PYLON MANUFACTURING CORP.,**
**Defendant–Appellee.**

No. 2011–1096.

United States Court of Appeals,
Federal Circuit.

March 2, 2011.

Michael J. Lennon, Kenyon & Kenyon, LLP, New York, NY, for Plaintiff–Appellant.

Gregory L. Hillyer, Novak Druce + Quigg, LLP, Washington, DC, for Defendant–Appellee.

ON MOTION

ORDER

Robert Bosch LLC (Bosch) moves without opposition to deactivate appeal nos.

2011–1117, –1118 or, in the alternative, for dismissal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion to dismiss appeal nos. 2011–1117, –1118 is granted.

(2) The motion to deactivate those appeals is moot.

(3) Each side shall bear its own costs with regard to appeal nos.2011–1117, –1118.

(4) The revised official caption is reflected above.